**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                                                  Case No.   1: 25-cv-191-EK-MMH

                       Plaintiff,

          - against -

WRII CORP. d/b/a The Well,

                     Defendants.
-----------------------------------------------------------X

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

       Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to

FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without

costs or attorneys' fees, of the above-referenced matter against WRII Corp.

Dated:  Scarsdale, New York
        June 17, 2025

                                 SHAKED LAW GOUP, P.C.
                                 Attorneys for Plaintiff

                         By: */s/Dan Shaked*_____
                           Dan Shaked, Esq.
                           14 Harwood Court, Suite 415
                           Scarsdale, NY 10583
                           Tel. (917) 373-9128
                           e-mail: ShakedLawGroup@Gmail.com